```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| MARK RILEY and JULIE RILEY, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY, )<br>    Defendant. )<br>) | No. 2:15-cv-2648-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed September 29, 2015,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 14) filed February 17, 2016, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby DISMISSED WITH PREJUDICE.


APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

February 17, 2016
Date